[No. 25401-4-I. Division One. July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES T. MAST, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 89–1–02431–1, Donald D. Haley, J., entered December 18, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis and Agid, JJ.